*O'Neill,* and *Marshall, Dennehey & Warner,* for appellees.

Order affirmed.

## Baumbach *v.* Baumbach, Appellant.

Argued September 9, 1974. *Lawrence J. Richette,* for appellant; *M. Mark Mendel,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree of divorce in this case.

## Brunelli, Appellant, *v.* Airco, Inc. et al.

Argued September 11, 1974. *Harold B. Fink, Jr.,* with him *Fink and Young,* for appellant; *Timothy C. Wright,* with him *MacDonald, Hanley, Cronin & Supena,* for appellee; *Winn Newman, Ruth Weyand,* and *Boren Chertkov,* submitted a brief for appellee.

Order affirmed.

## Bynum et al., Appellants, *v.* Simmons.

Argued September 11, 1974. *William D. Parry,* with him *Fred Lowenschuss,* for appellants; *Charles K. Plotnick,* with him *Hurowitz & Plotnick,* for appellee.

Order affirmed.

HOFFMAN, J., absent.